*Staff Comment:* The proposed amendment reflects the Court's decision in *People v Gardner,* 406 Mich 369 (1979). It is drawn, in part, from the ABA Project on Standards for Criminal Justice, Standards Relating to The Administration of Criminal Justice, The Defense Function (Compilation, 1974), § 3.5(b), p 123, and The Function of the Trial Judge, § 3.4(b), p 171.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

MEYER v ATTORNEY GRIEVANCE COMMISSION. (Docket Nos. 62773-62776.) The complaints for mandamus and supporting documents, the answers of the commission and respondent attorneys, and the commission's file have been considered in light of the guidelines of *Leitman v State Bar Grievance Board,* 387 Mich 596 (1972). The complaints are dismissed because the Court does not find an abuse of discretion by the commission. James A. Meyer, *in propria persona,* petitioner. *Richard H. Senter,* Grievance Administrator, and *Louis Rosenzweig,* Counsel to Administrator, respondent.

JULY 6, 1979

LEGUT v DETROIT WINDOW CLEANING COMPANY. (Docket No. 56190.) Plaintiff-appellant's motion for costs is considered and the Clerk is directed to tax costs in plaintiff's favor in the amount of $2,735.27. *Kelman, Loria, Downing, Schneider & Simpson* for plaintiff-appellant. *Vandeveer, Garzia, Tonkin, Kerr & Heaphy, P.C.,* for defendants-appellees. Reported at 403 Mich 63.